IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE PATTERSON,<br><br>    Plaintiff,<br><br>v.<br><br>MARINELLA GONCALVES, ET AL.,<br><br>    Defendants.<br>_____/ | Nos.   C 14-01311 CRB<br><br>**ORDER DISMISSING CASE** |

This Court dismissed this case with leave to amend within thirty days on April 30, 2014. Dkt. 10. Plaintiff failed to amend his complaint. The Court now DISMISSES with prejudice.

**IT IS SO ORDERED.**

Dated: July 1, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE